UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HDNET, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:11-CV-00061-O |
| | § | |
| **WILLIAM HAMBRECHT, and THE HAMBRECHT 1980 REVOCABLE TRUST,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REVISED PROPOSED ORDER
## REGARDING MOTION TO ENTER AGREED FINAL JUDGMENT

COMES NOW Plaintiff HDNet, LLC, and gives notice to the Court and the Parties of it submission of the revised proposed order entering the Agreed Final Judgment:

1.  In light of the Defendants' objections to the form of the Agreed Final Judgment, Plaintiff has attached an Agreed Final Judgment as Exhibit 1.  And will provide a Word version to the Court and counsel via the Court's designated e-mail address.

2.  In response to the Defendants' first objection, Paragraphs 3(a) & (b) of the attached Agreed Judgment take into account the $2,000,000 plus interest already paid by Defendants, reducing the amount owed as of April 1, 2011 to $3,000,000.

3.  In response to the Defendants' other objection, Paragraph 3(b) details the exact method of calculating pre- and post-judgment interest, including the method to calculate the daily amount of interest to be added to the judgment.  Paragraph 3(b) also states the total amount owed as of May 25, 2012.

Dated: May 25, 2012                                   Respectfully submitted,

                                                            FISH & RICHARDSON P.C.

By:  */s/* Scott C. Thomas
      M. Brett Johnson
      Texas Bar No. 00790978
      Scott C. Thomas
      Texas Bar No. 24046964
      1717 Main Street
      Suite 5000
      Dallas, Texas 75201
      (214) 747-5070
      (214) 747-2091 - facsimile

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon counsel for all parties through the Court's ECF system:

/s/ Scott C. Thomas
Attorney for Plaintiff